

WWW.RIVKINRADLER.COM

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

May 22, 2012

**VIA ECF**

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:   Veronica Smith v. Gutman Mintz Baker & Sonnenfeldt, et al.
              <u>Case No.:  cv-11-3843</u>

Your Honor:

      The *pro se* plaintiff in the above-referenced action has not returned the fully executed stipulation of discontinuance to the undersigned.  Pursuant to Your Honor's Order on May 8, 2012, enclosed please find proof that the defendant sent the settlement check by Federal Express, which was signed for by the plaintiff on April 27, 2012.  Also enclosed is a copy of the settlement check cashed by plaintiff on May 7, 2012.[1]

                            Respectfully submitted,

                            RIVKIN RADLER LLP

                            /s/
                            Kenneth A. Novikoff

KAN:jas
Enclosures

---

[1] Defendant Gutman Mintz was required to send this letter yesterday, but I miscalendared same for today.  The undersigned apologizes to the Court for this error.

926 RXR Plaza
Uniondale, NY  11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY  10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ  07601-7021
T 201.287.2460  F 201.489.0495

RIVKIN RADLER LLP

Honorable Lois Bloom
May 22, 2012
Page 2


cc:     Ms. Veronica Smith
        146 Beach 59th Street, Apt. 317
        Arverne, NY  11692

2617996 v1

Bank of America | Online Banking | Transaction Image Print



Online Banking

Page 1 of

---

Full Analysis Busn Chk - 9479 : Account Activity

Transaction Details:

|  |  |
|---|---|
| **Description:** | Check 15071 |
| **Posting date:** | 05/08/2012 |
| **Amount:** | $5,000.00 |
| **Reference Number:** | 86792676022 |
| **Check number:** | 15071 |
| **Account number:** | DDA-9479 |

**Please Note:** Only items posted to your account within the newest 180 calendar
days will be available online.

Check Image:

GUTMAN MINTZ BAKER & SONNENFELDT PC
813 JERICHO TPKE.
NEW HYDE PARK, NY 11040-4609                                    15071

DATE *4-11-12*

PAY TO THE ORDER OF *Veronica Smith 95.58%*          $ *5000*

*Five Thousand*                                      DOLLARS

Bank of America

FOR *Settlement*

⑈15071⑈  ⑆021000322⑆  0048374994794⑈

---

FedEx Express Detail Report

Report Run Date : 05/15/2012
Report Run Time : 4:41 PM

Tracking number: 441315255055
Signed for by: V. SMITH
Ship date: Friday, April 27, 2012
Delivery date: May 02, 2012 12:09 PM
Status: Delivered

Delivery location: ARVERNE, NY
Delivered to: Residence
Service type: Priority Envelope
Pieces: 1
Weight: 0.5 LBS

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| may 02, 2012 12:09 PM | Delivered | ARVERNE, US | |
| may 02, 2012 08:39 AM | On FedEx vehicle for delivery | BROOKLYN, US | |
| may 01, 2012 09:20 PM | At local FedEx facility | BROOKLYN, US | |
| may 01, 2012 06:22 PM | At local FedEx facility | BROOKLYN, US | |
| may 01, 2012 10:28 AM | Delivery exception | BROOKLYN, US | Adult recipient unavailable (21+ years wit |
| may 01, 2012 08:40 AM | On FedEx vehicle for delivery | BROOKLYN, US | |
| apr 30, 2012 06:51 PM | At local FedEx facility | BROOKLYN, US | |
| apr 30, 2012 10:05 AM | Delivery exception | BROOKLYN, US | Customer not available or business closed |
| apr 30, 2012 06:49 AM | On FedEx vehicle for delivery | BROOKLYN, US | |
| apr 30, 2012 06:39 AM | At local FedEx facility | BROOKLYN, US | |
| apr 30, 2012 02:55 AM | Departed FedEx location | NEWARK, US | |
| apr 29, 2012 07:19 PM | Arrived at FedEx location | NEWARK, US | |
| apr 29, 2012 04:11 PM | Departed FedEx location | MEMPHIS, US | |
| apr 28, 2012 03:57 PM | In transit | MEMPHIS, US | |
| apr 28, 2012 10:58 AM | Arrived at FedEx location | MEMPHIS, US | |
| apr 28, 2012 09:41 AM | Departed FedEx location | NEWARK, US | |
| apr 27, 2012 11:36 PM | Arrived at FedEx location | NEWARK, US | |
| apr 27, 2012 09:34 PM | At destination sort facility | JAMAICA, US | |
| apr 27, 2012 08:39 PM | Left FedEx origin facility | GARDEN CITY, US | |
| apr 27, 2012 07:01 PM | Shipment information sent to FedEx | | |
| apr 27, 2012 06:44 PM | Picked up | GARDEN CITY, US | |

```
Cycle:011718408471        011517323        RIVKIN SHIPPED TO DETAIL        04/27/2012        CAFE2511        Page:
```

| TRACKING # | RECIPIENT CONTACT | COMPANY | ADDRESS 1 | CITY | ST | ZIP | CUSTOMER REFERENCE |
|---|---|---|---|---|---|---|---|
| 441315254832 | DIANA CAPREBOL | | 370 ANCHOR COURT | DIXON | CA | 95620 | 999998-00817 BISCONE JM |
| 441315254865 | NORMAN A.BIKALES | | 68 SPANISH BAY CIR | PEBBLE BEA | CA | 93953 | 720914-00001 FEIGEN JM |
| 441315254876 | JOHN B.ALEXANDER | | 102 WEST STREET | MOUNT WASH | MA | 01258 | 720914-00001 FEIGEN JM |
| 441315254887 | THOMAS J.BIKALES | | 2058 NW JOHNSON ST | PORTLAND | OR | 97209 | 720914-00001 FEIGEN JM |
| 441315254957 | MR.& MRS.ROBERT ACKE | | 15 MCGOTTY PLACE | IRVINGTON | NJ | 07111 | 730480-00001 GREENER JM |
| 441315255055 | MS.VERONICA SMITH | | 146 BEACH 59TH STR | ARVERNE | NY | 11692 | 721613-00019 NOVIKOFF JM |
| 441315255060 | MR.& MRS.THOMAS DUSH | | 575 POLLY PARK ROA | RYE | NY | 10580 | 999998-00924 SCHREINER JM |
| 441315254898 | SARAH C.LICHTENSTEIN | ABRAMS & FENSTER | 1111 MARCUS AVENUE | LAKE SUCCE | NY | 11042 | 007727-00005 CONNELLY JM |
| 441315254980 | CHARMAINE BLACKWOOD- | AMERICAN ARBITRA | 65 BROADWAY | NEW YORK | NY | 10006 | 999999-00924 SACKS JM |
| 441315255092 | HO ATHARI,ESQ. | ATHARI & ASSOCIA | 258 GENESEE STREET | UTICA | NY | 13502 | 010660-60010 BANK JM |
| 441315255070 | JENNIFER CHRISMAN,ES | ATHARI & ASSOCIA | 258 GENESEE STREET | UTICA | NY | 13502 | 010660-60010 BANK JM |
| 441315255081 | RICHARD L.WEBER,ESQ. | BOND, SCHOENECK & | ONE LINCOLN CENTER | SYRACUSE | NY | 13202 | 010660-60010 BANK JM |
| 441315254924 | MS.KRISTI BURGOS | CIGNA | 900 COTTAGE ROAD | HARTFORD | CT | 06152 | 999999-00901 MCCANN JM |
| 441315255026 | STEVE HUBER | D4 LLC | 222 ANDREWS STREET | ROCHESTER | NY | 14604 | 009104-00039 S.GREEN JM |
| 441315255037 | FRANK KOERNER | DEPARTMENT OF RE | 615 WEST 131ST STR | NEW YORK | NY | 10027 | 021518-01288 BUSHWACK JM |
| 441315255048 | STEVEN LAWRENCE | EXECUTIVE DIRECT | 615 WEST 131ST STR | NEW YORK | NY | 10027 | 021519-01316 RICHMAN JM |
| 441315254913 | ASHER SCHEPANSKY | ENTELL DEVELOPME | 805 THIRD AVENUE | NEW YORK | NY | 10022 | 010062-00001 GRILL |
| 441315254821 | JIM BEADLE-SENIOR IN | LIBERTY MUTUAL I | 500 BI-COUNTY BOUL | FARMINGDAL | NY | 11735 | 009162-00004 SIRIGNANO JM |
| 441315254946 | ATT:MR.JOSH KRAT | MAGNUM REAL ESTA | 594 BROADWAY | NEW YORK | NY | 10012 | 007025-00001 GLAMBOSKY JMS |
| 441315254902 | STEVEN A.MEYEROWITZ, | MEYEROWITZ COMMU | 5 VIEW DRIVE | MILLER PLA | NY | 11764 | 999999-00913 NORCIA JM |
| 441315254935 | | MRS.REBECCA GRAH | 108 EAST 81ST STRE | NEW YORK | NY | 10128 | 999998-00901 FERTIG JM |
| 441315254868 | CARISSA FOX | NEWCASTLE REALTY | 72 MADISON AVENUE | NEW YORK | NY | 10016 | 011866-00001 GLAMBOSKY JM |
| 441315255107 | HON.SAMUEL D.HESTER | ONEIDA COUNTY SU | 302 NORTH JAMES ST | ROME | NY | 13440 | 010660-60010 BANK JM |
| 441315254990 | KARLA MILLER,ESQ. | RIVERSIDE ABSTRA | 3839 FLATLANDS AVE | BROOKLYN | NY | 11234 | 007394-00002 PANAGOPOULOS JM |
| 441315255118 | MAILROOM | RIVKIN RADLER LL | 555 MADISON AVENUE | NEW YORK | NY | 100223 | 999999-00901 MAILROOM JM |
| 441315255129 | MAILROOM | RIVKIN RADLER LL | 21 MAIN STREET-STE | HACKENSACK | NJ | 076017 | 999999-00901 MAILROOM JM |
| 441315255043 | HON.RICHARD T.AULISI | STATE OF NEW YOR | 223 WEST MAIN STRE | JOHNSTOWN | NY | 12095 | 005743-75657 SCHLOSSER JM |
| 441315255004 | CHARLES A.STEWART,II | STEWART OCCHIPIN | 65 WEST 36TH STREE | NEW YORK | NY | 10018 | 020770-01045 VERSICHELLI JM |
| 441315254979 | | THE LAW OFFICES | 3316 PARK AVENUE | WANTAGH | NY | 11793 | 999999-00924 SACKS JM |
| 441315254854 | JOHN DOUGLAS-INVESTI | U.S.EEOC | 33 WHITEHALL STREE | NEW YORK | NY | 10004 | 001494-01003 SHOCKLEY JM |
| 441315255015 | | UNITED LAWYERS B | 299 BROADWAY | NEW YORK | NY | 10007 | 004636-00040 CONTINO JM |

```
GRAND TOTALS
TOTAL WEIGHT(OF KGS)              0.00
TOTAL WEIGHT(OF LBS)             9.70
DECLARED VALUE SURCHARGE         0.00
DISCOUNTS RECEIVED             173.85
TOTAL CHARGES                  545.64
SPECIAL FEES                     0.00
FUEL SURCHARGES                 66.44
PACKAGE COUNT                     31
```



RIVKIN RADLER⸱
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

KENNETH A. NOVIKOFF
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com



April 27, 2012

**Via Federal Express**

Ms. Veronica Smith
146 Beach 59th Apt 317
Averne, NY 11692

      Re:   Veronica Smith v. Gutman Mintz Baker & Sonnenfeldt, et al.
            Case No.:  cv-11-3843

Dear Ms. Smith:

      Reference is made to my letter dated April 12, 2012, copy of which is attached. You have not yet provided me with the executed Stipulation accompanying said letter. Inasmuch as this Stipulation of Discontinuance is required by the Court to be filed on or before May 4, 2012, demand is made for you to immediately execute the attached stipulation and return it to my attention in the previously provided Federal Express envelope.

           Very truly yours,

           RIVKIN RADLER LLP

           Kenneth A. Novikoff

KAN:jas

Enclosure
2609606 v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495

FedEx Express Detail Report

Report Run Date : 05/15/2012
Report Run Time : 4:40 PM

Tracking number: 441315251888            Delivery location: ARVERNE, NY
Signed for by: Signature not required     Delivered to: Residence
Ship date: Friday, April 06, 2012         Service type: Priority Envelope
Delivery date: April 09, 2012 9:12 AM     Pieces: 1
Status: Delivered                          Weight: 0.5 LBS

| Date/Time | Activity | Location | Details |
|-----------|----------|----------|---------|
| apr 09, 2012 09:12 AM | Delivered | ARVERNE, US | Left at front door. Package delivered to r. |
| apr 09, 2012 07:20 AM | On FedEx vehicle for delivery | BROOKLYN, US | |
| apr 09, 2012 06:57 AM | At local FedEx facility | BROOKLYN, US | |
| apr 09, 2012 02:38 AM | Departed FedEx location | NEWARK, US | |
| apr 08, 2012 07:03 PM | Arrived at FedEx location | NEWARK, US | |
| apr 08, 2012 03:50 PM | Departed FedEx location | MEMPHIS, US | |
| apr 07, 2012 03:39 PM | In transit | MEMPHIS, US | |
| apr 07, 2012 11:22 AM | Arrived at FedEx location | MEMPHIS, US | |
| apr 07, 2012 10:08 AM | Departed FedEx location | NEWARK, US | |
| apr 06, 2012 11:44 PM | Arrived at FedEx location | NEWARK, US | |
| apr 06, 2012 09:15 PM | At destination sort facility | JAMAICA, US | |
| apr 06, 2012 08:30 PM | Left FedEx origin facility | GARDEN CITY, US | |
| apr 06, 2012 04:29 PM | Picked up | GARDEN CITY, US | |
| apr 06, 2012 02:55 PM | Shipment information sent to FedEx | | |



**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com



April 12, 2012

**REDACTED**

<u>Via Federal Express</u>

Ms. Veronica Smith
146 Beach 59th Apt 317
Averne, NY 11692

      Re:  <u>Veronica Smith v. Gutman Mintz Baker & Sonnenfeldt, et al.</u>
           <u>Case No.: cv-11-3843</u>

Dear Ms. Smith:

      Enclosed please find Gutman Mintz Baker & Sonnenfeldt, P.C.'s Check No. 15071 in the
amount of                Dollars in full and final settlement of the above-referenced matter.

      Enclosed please find the Stipulation of Discontinuance With Prejudice. Please execute where
indicated and return the original executed copy to my attention in the enclosed Federal Express
envelope. Upon the District Court's "So Order" of the fully executed Stipulation of Discontinuance
With Prejudice, I will forward a copy to your attention.

                    Very truly yours,

                    RIVKIN RADLER LLP

                    Kenneth A. Novikoff

KAN:jas
Enclosures

2604591 v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495